**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Diogo Oliveira Rocha,<br><br>Petitioner,<br><br>v.<br><br>USCIS,<br><br>Respondent. | Civil Action No. 26-CV-12452-AK |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 9] entered on 9/24/2026, it is hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 9/24/2026

By the Court,

/s/ Courtney Horvath
Deputy Clerk